179 So.2d 19

**STATE ex rel. Charles WINGO**

v.

**STATE of Louisiana and The Parish of Jefferson.**

No. 47959.

Oct. 25, 1965.

In re: Charles Wingo applying for writ of certiorari.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

■

179 So.2d 272

**CITY OF LAKE CHARLES**

v.

**Honorable Murray ANDERSON, Judge Lake Charles City Court.**

No. 47983.

Nov. 5, 1965.

Order

HAMLIN, Justice.

The petition of the relator in the above entitled and numbered cause having been duly considered,

It is ordered that the Honorable Murray Anderson, Judge, Lake Charles City Court, either grant to relator the relief prayed for in its petition to this Court, on or before the 15th day of November; 1965, or that he show cause in this Court on December 13, 1965, why the relief prayed for by the relator should not be granted.

It is further ordered that, meanwhile and until further orders of this Court, all proceedings in the Lake Charles City Court in connection with the case of City of Lake Charles vs. Curtis E. Richard, in connection with Traffic Citation No. 51,269 issued to Curtis E. Richard on August 10, 1965, shall be stayed and suspended.